IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

THOMAS JONES, an individual,

    Plaintiff,

v.   Case No.: 6:14-cv-1663-ORL040-DAB

PHH MORTGAGE CORPORATION, F/K/A/ CENDANT MORTGAGE CORPORATION, a New Jersey corporation,

    Defendant.

_____/

**JOINT NOTICE OF SETTLEMENT**

    Plaintiff, THOMAS JONES ("Plaintiff"), and Defendant, PHH MORTGAGE CORPORATION, f/k/a CENDANT MORTGAGE CORPORATION, a New Jersey corporation ("Defendant") (collectively, "Parties"), by and through undersigned counsel and pursuant to Local Rule 3.08, hereby give notice that a settlement of the present matter has been reached as to all claims in this case.  The Parties therefore request that the Court vacate all dates currently set on the calendar for the present matter and order that the case be dismissed pursuant to Local Rule 3.08(b).

    Respectfully submitted this 4th day of March, 2015.

| | |
|---|---|
| *By: /s/ Andrew D. Wyman* | *By: /s/ Gennifer L. Bridges* |
| Andrew D. Wyman, Esq. | Christine Irwin Parrish (FL Bar # 0014404) |
| FBN: 326010 | Email: cparrish@burr.com |
| SAAVEDRA \| GOODWIN | *Secondary Email: jnelson@burr.com* |
| 312 SE 17th Street, Second Floor | Gennifer L. Bridges (FL Bar # 0072333) |
| Fort Lauderdale, Florida 33316 | Email: gbridges@burr.com |
| Tel: (954) 767-6333 | *Secondary Email: jnelson@burr.com* |
| Fax: (954) 767-8111 | *flpleadings@burr.com* |
| Email: AWyman@saavlaw.com | BURR & FORMAN LLP |
| *Attorneys for Plaintiff* | 200 S. Orange Avenue, Suite 800 |
| | Orlando, Florida 32801 |
| | Tel: (407) 540-6600 |
| | Fax: (321) 349-0722 |
| | *Attorneys for Defendant, PHH Mortgage Corp.* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 4th day of March, 2015, I filed a true and correct copy of the foregoing with the CM/ECF system, which will provide electronic notice to the following counsel of record:

Andrew D. Wyman, Esq.
Saavedra Goodwin
312 SE 17th Street, Second Floor
Fort Lauderdale, Florida 33316
AWyman@saavlaw.com

/s/ Gennifer L. Bridges
Gennifer L. Bridges (FBN 0072333)