**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

THOMAS JONES,

        Plaintiff,

v.                                       Case No:   6:14-cv-1663-Orl-40DAB

PHH MORTGAGE CORPORATION,

        Defendant.

## ORDER OF DISMISSAL

The Court has been advised by the parties that the above-styled action has been completely settled.  (Doc. 25)  Accordingly, pursuant to Local Rule 3.08(b) of the Middle District of Florida, it is

**ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within sixty (60) days, upon good cause shown, or to submit a stipulated form of final order or judgment.  All pending motions are **DENIED** as moot.  The Clerk is directed to **CLOSE** the file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on March 5, 2015.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties